# EXHIBIT B

**From:** Hasbun, Marcos E.
**Sent:** Friday, August 28, 2026 4:45 PM
**To:** Dattilo, J. Alexander
**Cc:** Miller, Tracy A.; Marlowe, Caren S.; Muller, Ariella
**Subject:** RE: Subpoena on Ceres

Alex –

I just called again and left you another voicemail about the below. Please call me back, or send me an email, letting me know your position.

Marcos

---

**From:** Hasbun, Marcos E.
**Sent:** Thursday, August 27, 2026 6:32 PM
**To:** 'Dattilo, J. Alexander' <alexander.dattilo@ogletree.com>
**Cc:** 'Miller, Tracy A.' <Tracy.Miller@OgletreeDeakins.com>; 'Marlowe, Caren S.' <caren.marlowe@ogletreedeakins.com>; Muller, Ariella <AMuller@zuckerman.com>
**Subject:** RE: Subpoena on Ceres

Alex –

I just called and left you a voicemail with respect to the below. Please let us know your position. If you do not agree we will need to file a motion with the Court asking it to modify the subpoena to extend the return date. We would the file the motion tomorrow. Ceres reserves all of its rights, objections, and privileges, and waives none.

Thank you.

Marcos

ZUCKERMAN SPAEDER

**Marcos Hasbun**
**office** 813.321.8220 **mobile** 813.226.7250 **email** mhasbun@zuckerman.com
Zuckerman Spaeder LLP, 101 East Kennedy Boulevard, Suite 1200, Tampa, FL 33602-5838
www.zuckerman.com
This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

---

**From:** Hasbun, Marcos E.
**Sent:** Wednesday, August 26, 2026 5:00 PM

**To:** 'Dattilo, J. Alexander' <alexander.dattilo@ogletree.com>
**Cc:** Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com>; Muller, Ariella <AMuller@zuckerman.com>
**Subject:** Subpoena on Ceres

Alex –

The current return date on the 30(b)(6) Subpoena Duces Tecum is September 8, 2026. The Subpoena identifies seven topics for the corporate representative and ten categories of documents to be produced. That is not sufficient time for Ceres to respond to the Subpoena. Also, I am traveling internationally Friday, September 4 through September 7. Accordingly, please let us know if you will agree to extend the Subpoena return date to Monday, October 5. Ceres continues to evaluate its objections and options with respect to the Subpoena, including the possibility of seeking relief from the Court, and Ceres reserves all of its rights, objections, and privileges and waives none.

Please let us know by 5 pm ET, Thursday, August 27 if you agree to the requested extension.

In the meantime, if there is a declaration that ArborWorks has prepared, or will prepare, that it would like Ceres to review and consider, please send it.

Thanks.

Marcos

ZUCKERMAN SPAEDER

**Marcos Hasbun**
**office** 813.321.8220 **mobile** 813.226.7250 **email** mhasbun@zuckerman.com
Zuckerman Spaeder LLP, 101 East Kennedy Boulevard, Suite 1200, Tampa, FL 33602-5838
www.zuckerman.com
This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

---

**From:** Dattilo, J. Alexander <alexander.dattilo@ogletree.com>
**Sent:** Monday, August 24, 2026 9:36 PM
**To:** Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Cc:** Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com>
**Subject:** RE: Service on Ceres

**EXTERNAL**

Marcos,

I am sending this email to effect service on Ceres of the attached subpoena duces tecum.

As you know, ArborWorks sent this subpoena only after it made exhaustive efforts, starting with the letter that it sent to Ceres' initial counsel on February 3, 2026. ArborWorks issued this subpoena because our understanding is

that Ceres is unwilling voluntarily produce the information and documents that we asked you and Ceres' prior counsel to provide, absent certain concessions from ArborWorks (e.g., a waiver of claims that ArborWorks has against Ceres, a written statements from ArborWorks, etc.). Should Ceres reconsider its position and no longer feel it is necessary to condition its cooperation on ArborWorks fulfilling its demands for those concessions, we welcome you to reach out to resume a discussion on voluntary production by Ceres.

Alex

**J. Alexander Dattilo | Ogletree Deakins**
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3754
alexander.dattilo@ogletree.com | www.ogletree.com | Bio

---

**From:** Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Sent:** Monday, August 24, 2026 1:15 PM
**To:** Dattilo, J. Alexander <alexander.dattilo@ogletree.com>
**Cc:** Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com>
**Subject:** RE: Service on Ceres

***[Caution: Email received from external source]***

---

Alex –

I am authorized to accept service on behalf of Ceres of a subpoena duces tecum from ArborWorks.

Thanks.

Marcos

---

**From:** Dattilo, J. Alexander <alexander.dattilo@ogletree.com>
**Sent:** Saturday, August 22, 2026 12:31 AM
**To:** Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Cc:** Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com>
**Subject:** Re: Service on Ceres

**EXTERNAL**

Marcos,

As I am sure you probably already knew, my email below requested whether you are authorized to accept service on behalf of Ceres for *ArborWorks' subpoena duces tecum.* Please let us know.

Alex

---

**From:** Dattilo, J. Alexander <Alexander.Dattilo@ogletreedeakins.com>
**Sent:** Friday, August 21, 2026 1:47 PM
**To:** Hasbun, Marcos E. <mhasbun@zuckerman.com>

**Cc:** Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>
**Subject:** Service on Ceres

Marcos,

Please let us know if you are willing to accept service on Ceres' behalf.

Alex

**J. Alexander Dattilo | Ogletree Deakins**
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3754
alexander.dattilo@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*