# EXHIBIT C

**From:** Hasbun, Marcos E.
**Sent:** Friday, August 28, 2026 9:06 PM
**To:** Dattilo, J. Alexander
**Cc:** Miller, Tracy A.; Marlowe, Caren S.; Muller, Ariella
**Subject:** Re: Subpoena on Ceres

Alex - we've told you we need time to prepare a witness. We asked for an extension to 10/5. You have not agreed to that. To compromise we request an extension to 9/28. If you will not agree to that we are at an impasse and will seek relief from the Court.
Marcos

---

**From:** Dattilo, J. Alexander <alexander.dattilo@ogletree.com>
**Sent:** Friday, 28 August 2026 20:17:32
**To:** Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Cc:** Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com>; Muller, Ariella <AMuller@zuckerman.com>
**Subject:** Re: Subpoena on Ceres

**EXTERNAL**

Marcos,

We will grant a reasonable extension to the extent one is actually needed, if and when you request one. You are now saying that Ceres is objecting to the subpoena, so please tell us: (1) which requests in the subpoena Ceres will actually comply with; and (2) how much extra time beyond the allotted 15 days you are claiming you actually need to comply with those requests. We cannot reasonably evaluate an extension request without you sharing that information.

Alex

---

**From:** Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Sent:** Friday, August 28, 2026 4:39 PM
**To:** Dattilo, J. Alexander <alexander.dattilo@ogletree.com>
**Cc:** Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com>; Muller, Ariella <AMuller@zuckerman.com>
**Subject:** Re: Subpoena on Ceres

[Caution: Email received from external source]

Please advise what extension you are agreeable to grant. Thanks.

---

From: Dattilo, J. Alexander <alexander.dattilo@ogletree.com>
Sent: Friday, 28 August 2026 19:21:43

To: Hasbun, Marcos E. <mhasbun@zuckerman.com>
Cc: Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com>; Muller, Ariella <AMuller@zuckerman.com>
Subject: RE: Subpoena on Ceres

EXTERNAL

Marcos,

You have yet to explain how Ceres could actually need until October 5 specifically (i.e., 42 days) to comply with the subpoena, especially when it does not even intend to fully comply with it. This is not a reasonable extension request, even if one ignores the fact that Ceres already had months to gather and produce responsive records. I also explained below why your requested one-month extension would leave ArborWorks with insufficient time to comply with the October 9 deadlines under the Case Management Order, but you have yet to even address this. We remain willing to grant a shorter, more reasonable extension to accommodate your schedule – but we will not grant an extension all the way through October 5.

Alex

J. Alexander Dattilo | Ogletree Deakins
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3754
alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com> |
https://url.us.m.mimecastprotect.com/s/IeDUCNkj2ju0m1xD5Fmf2OhyGLDw?domain=ogletree.com<https://url.us.m.mimecastprotect.com/s/Pv99COYk2kTpmoXzruvhB2hG0qAe?domain=urldefense.com> |
Bio<https://urldefense.com/v3/__https://ogletree.com/people/j-alexander-dattilo/__;!!H5a-iwIg4hw!lwVUtr4SezhRvx6X50cFdkiG7zBCVIXP3HIlesYiYEIi6OzgePg0AWnyjL2QR9NGBWo6lw0tXL1Zha4ujQLbyUffZV1vew$>

From: Hasbun, Marcos E. <mhasbun@zuckerman.com>
Sent: Friday, August 28, 2026 3:31 PM
To: Dattilo, J. Alexander <alexander.dattilo@ogletree.com>
Cc: Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com>; Muller, Ariella <AMuller@zuckerman.com>
Subject: RE: Subpoena on Ceres

[Caution: Email received from external source]

---

Alex –

The subpoena also asks for testimony of a corporate rep who will be required to prepare for 7 different topics. A response date of September 8 does not suffice to adequately prepare a corporate rep. Further, we do plan to

formally respond to the subpoena on or before September 8, including with any necessary objections. With that, please let us know by tonight if you will agree to extend the deposition date to October 5.

Thanks.

Marcos

From: Dattilo, J. Alexander <alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com>>
Sent: Friday, August 28, 2026 6:17 PM
To: Hasbun, Marcos E. <mhasbun@zuckerman.com<mailto:mhasbun@zuckerman.com>>
Cc: Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com<mailto:Tracy.Miller@OgletreeDeakins.com>>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com<mailto:caren.marlowe@ogletreedeakins.com>>; Muller, Ariella <AMuller@zuckerman.com<mailto:AMuller@zuckerman.com>>
Subject: RE: Subpoena on Ceres

EXTERNAL

Marcos,

ArborWorks' subpoena seeks documents pertaining to David Ausburn's very brief employment with Ceres; we would be surprised if there is a voluminous number of responsive documents. To the extent it seeks any documents beyond standard personnel file items for Mr. Ausburn, ArborWorks has repeatedly requested disclosure by Ceres of that content for months. ArborWorks gave ample advance notice to Ceres that it would request what the subpoena now seeks, absent Ceres' cooperation.

In light of this, it would seem that 15 days is plenty of time for Ceres to comply with the subpoena. Your email represents that you will be out of the office for two business days during that period. Despite this, you are asking that the subpoena production deadline be extended from September 8 to October 5 (i.e., you are claiming Ceres needs 42 days to comply with the subpoena). We have no issue granting a reasonable extension to accommodate your schedule as a professional courtesy, but it is unclear why Ceres would need such a substantial extension – so please elaborate on your request to help us understand this.

As you are well aware, the Court recently extended the deadline for ArborWorks to complete third-party discovery until October 9. If Ceres were to provide anything less than full compliance with the subpoena, an October 5 production date likely leave insufficient time for ArborWorks to compel compliance through motion practice. Alternatively, if Ceres fully complies with the subpoena, an October 5 production date still would likely not leave sufficient time for ArborWorks to review and analyze all documents and information that Ceres provides, as October 9 is also the deadline for ArborWorks to amend its pleadings to add Ceres as a defendant (if necessary).

After the Court extended the deadline for ArborWorks to complete all third-party discovery, you filed a "Motion for Leave to Respond to ArborWorks, LLC's Motion to Amend Scheduling Order," wherein Ceres (as a non-party to the lawsuit) tried to oppose that extension retroactively. Moreover, the subpoena was served on August 24, but you have not yet disclosed (in your email or elsewhere) whether Ceres will object to the subpoena. To be frank, we are concerned that Ceres is requesting such a lengthy extension of the production deadline to gain a strategic

advantage, rather than due to any genuine need for that much extra time to gather responsive documents.

Please clarify for us: (1) why Ceres needs an extension until October 5 on the subpoena production deadline (as opposed to a shorter, more reasonable extension); and (2) whether Ceres will object to the subpoena. Once we have this information, we will promptly respond to your request.

Alex

J. Alexander Dattilo | Ogletree Deakins
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3754
alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com> |
https://url.us.m.mimecastprotect.com/s/IeDUCNkj2ju0m1xD5Fmf2OhyGLDw?domain=ogletree.com<https://url.us.m.mimecastprotect.com/s/mThbCQWm2mckjmqM4sks9DhGWIi8?domain=urldefense.com> |
Bio<https://urldefense.com/v3/__https:/ogletree.com/people/j-alexander-dattilo/__;!!H5a-iwIg4hw!nW97N9mF-f-up3fIr5mGiRL7FqyHWfnbRDxHxuL4pSSciQWnIDIX0AQDuVErz6_USFMMEJnQfFio1tmciWOkj0hHU1Iaow$>

From: Hasbun, Marcos E. <mhasbun@zuckerman.com<mailto:mhasbun@zuckerman.com>>
Sent: Wednesday, August 26, 2026 2:00 PM
To: Dattilo, J. Alexander <alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com>>
Cc: Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com<mailto:Tracy.Miller@OgletreeDeakins.com>>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com<mailto:caren.marlowe@ogletreedeakins.com>>; Muller, Ariella <AMuller@zuckerman.com<mailto:AMuller@zuckerman.com>>
Subject: Subpoena on Ceres

[Caution: Email received from external source]

---

Alex –

The current return date on the 30(b)(6) Subpoena Duces Tecum is September 8, 2026. The Subpoena identifies seven topics for the corporate representative and ten categories of documents to be produced. That is not sufficient time for Ceres to respond to the Subpoena. Also, I am traveling internationally Friday, September 4 through September 7. Accordingly, please let us know if you will agree to extend the Subpoena return date to Monday, October 5. Ceres continues to evaluate its objections and options with respect to the Subpoena, including the possibility of seeking relief from the Court, and Ceres reserves all of its rights, objections, and privileges and waives none.

Please let us know by 5 pm ET, Thursday, August 27 if you agree to the requested extension.

In the meantime, if there is a declaration that ArborWorks has prepared, or will prepare, that it would like Ceres to review and consider, please send it.

Thanks.

Marcos

[cid:image001.png@01DD3702.8D453C10]

Marcos

Hasbun

office 813.321.8220<tel:813.321.8220>

mobile 813.226.7250<tel:813.226.7250>

email mhasbun@zuckerman.com<mailto:mhasbun@zuckerman.com>

Zuckerman Spaeder LLP

,

101 East Kennedy Boulevard, Suite 1200

,

Tampa

,

FL

33602-5838

https://url.us.m.mimecastprotect.com/s/yUfbCVOrkrsxo1KNjFkurWhEbIOY?domain=zuckerman.com<https://url.us.m.mimecastprotect.com/s/WqxqCW6vlvI5mvYRws1CkEhox0Nk?domain=zuckerman.com>

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

From: Dattilo, J. Alexander <alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com>>
Sent: Monday, August 24, 2026 9:36 PM
To: Hasbun, Marcos E. <mhasbun@zuckerman.com<mailto:mhasbun@zuckerman.com>>
Cc: Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com<mailto:Tracy.Miller@OgletreeDeakins.com>>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com<mailto:caren.marlowe@ogletreedeakins.com>>
Subject: RE: Service on Ceres

EXTERNAL

Marcos,

I am sending this email to effect service on Ceres of the attached subpoena duces tecum.

As you know, ArborWorks sent this subpoena only after it made exhaustive efforts, starting with the letter that it sent to Ceres' initial counsel on February 3, 2026. ArborWorks issued this subpoena because our understanding is that Ceres is unwilling voluntarily produce the information and documents that we asked you and Ceres' prior counsel to provide, absent certain concessions from ArborWorks (e.g., a waiver of claims that ArborWorks has against Ceres, a written statements from ArborWorks, etc.). Should Ceres reconsider its position and no longer feel it is necessary to condition its cooperation on ArborWorks fulfilling its demands for those concessions, we welcome you to reach out to resume a discussion on voluntary production by Ceres.

Alex

J. Alexander Dattilo | Ogletree Deakins
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3754
alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com> |
https://url.us.m.mimecastprotect.com/s/IeDUCNkj2ju0m1xD5Fmf2OhyGLDw?domain=ogletree.com<https://url.us.m.mimecastprotect.com/s/_LI-CXDw0wTXo3NV7cMFL4hW4ASZ?domain=urldefense.com> |
Bio<https://urldefense.com/v3/__https:/ogletree.com/people/j-alexander-dattilo/__;!!H5a-iwIg4hw!njIuFDbGOpBLkfVoLbMV9X-_uR5GATAZrfsjibpCR1b52-JoMfa_YKq0sKMdG4zmYqWU975G8FclSBuAtd17B4W1k4oZCQ$>

From: Hasbun, Marcos E. <mhasbun@zuckerman.com<mailto:mhasbun@zuckerman.com>>
Sent: Monday, August 24, 2026 1:15 PM

To: Dattilo, J. Alexander <alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com>>
Cc: Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com<mailto:Tracy.Miller@OgletreeDeakins.com>>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com<mailto:caren.marlowe@ogletreedeakins.com>>
Subject: RE: Service on Ceres

[Caution: Email received from external source]

---

Alex –

I am authorized to accept service on behalf of Ceres of a subpoena duces tecum from ArborWorks.

Thanks.

Marcos

From: Dattilo, J. Alexander <alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com>>
Sent: Saturday, August 22, 2026 12:31 AM
To: Hasbun, Marcos E. <mhasbun@zuckerman.com<mailto:mhasbun@zuckerman.com>>
Cc: Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com<mailto:Tracy.Miller@OgletreeDeakins.com>>; Marlowe, Caren S. <caren.marlowe@ogletreedeakins.com<mailto:caren.marlowe@ogletreedeakins.com>>
Subject: Re: Service on Ceres

EXTERNAL

Marcos,

As I am sure you probably already knew, my email below requested whether you are authorized to accept service on behalf of Ceres for ArborWorks' subpoena duces tecum. Please let us know.

Alex

---

From: Dattilo, J. Alexander
<Alexander.Dattilo@ogletreedeakins.com<mailto:Alexander.Dattilo@ogletreedeakins.com>>
Sent: Friday, August 21, 2026 1:47 PM
To: Hasbun, Marcos E. <mhasbun@zuckerman.com<mailto:mhasbun@zuckerman.com>>
Cc: Miller, Tracy A. <Tracy.Miller@OgletreeDeakins.com<mailto:Tracy.Miller@OgletreeDeakins.com>>
Subject: Service on Ceres

Marcos,

Please let us know if you are willing to accept service on Ceres' behalf.

Alex

J. Alexander Dattilo | Ogletree Deakins
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3754
alexander.dattilo@ogletree.com<mailto:alexander.dattilo@ogletree.com> |
https://url.us.m.mimecastprotect.com/s/IeDUCNkj2ju0m1xD5Fmf2OhyGLDw?domain=ogletree.com<https://url.us.m.mimecastprotect.com/s/87z7CZ6yoyI59yRrnsJIVXhBFDFt?domain=urldefense.com> |
Bio<https://urldefense.com/v3/__https:/ogletree.com/people/j-alexander-dattilo/__;!!H5a-iwIg4hw!gBeOahHD1pbaIzMVg-Kp0AwhC_gdL6JreAiEQly2ebZlzNcgwGPCzuHyjMaTtR18pwheh8410sUW2zcK_V0Iz5RQ7DImAQ$>

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*